IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CV328 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SEIZED ASSET CLAIM** |
| | ) | **BY SEAN WASHBURN** |
| $110,400.00 IN UNITED | ) | |
| STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW** Claimant Sean Washburn and hereby claims an interest in the above-described property as owner of the $110,400.00 in currency that was earned through legitimate employment and business and was not for the purpose of any illegal activity.

_____
SEAN WASHBURN

SUBSCRIBED AND SWORN TO before me this 30TH day of October, 2008.

_____
Notary Public

[Notary Seal: Notary Public STEPHANIE CRABTREE, 32 W. 200 S., Salt Lake City, UT 84101, My Commission Expires November 1, 2010, State of Utah]

CERTIFICATE OF SERVICE

I hereby certify that on October 31st, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Nancy A. Svoboda, Assistant United States Attorney.

s/Jason E. Troia