FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 OCT 19 PM 2:57

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV328 |
| | ) | |
| $110,400.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 14th day of October, 2009, this matter comes on before the Court upon the Stipulation of the parties (Filing No 16). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Five thousand five hundred and twenty dollars of the Defendant property should be returned to the Claimant, Sean Washburn, by delivering the same to the trust account of his attorney of record, Jason E. Troia.

2. Pursuant to this Court's Order dated July 31, 2008 (Filing No. 6), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on September 9, 2008 (Filing No. 8). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $104,880.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Five thousand five hundred and twenty dollars of the Defendant property shall be returned to the Claimant, Sean Washburn, by delivering the same to his attorney of record, Jason E. Troia. The Marshal shall deliver said amount by making payment to Jason E. Troia's Trust Account.

C. Pursuant to this Court's Order dated July 31, 2008 (Filing No. 6), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on September 9, 2009 (Filing No. 8). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $104,880.00, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $5,520.00 in accordance with law.

F. Upon Mr. Troia's receipt of the $5,520.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

2

Prepared and submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$110,400.00 IN UNITED STATES
CURRENCY, Defendant, and
SEAN WASHBURN, Claimant


By: _____
Jason E. Troia (#21793)
Attorney at Law
1403 Farnam St., #232
Omaha, Nebraska  68102
(402) 884-7044